IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

MARLENE DENNIS,

    Plaintiff,

v.                                                          Civil Case No. 3:12cv616

NATIONSTAR MORTGAGE, LLC,

    Defendant.

## ORDER

    It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Initial Pretrial Order are referred to United States Magistrate M. Hannah Lauck. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Lauck within thirty (30) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of trial and at such time as Magistrate Judge Lauck shall approve.

    It is so ORDERED.

    The Clerk is directed to send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: November 27, 2012
Richmond, VA