IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARLENE DENNIS, on behalf of**
**herself and all others similarly situated,**

        Plaintiff,

        v.                        Civil Action No. 3:12cv616 (JAG)

**NATIONSTAR MORTGAGE, LLC,**

        **Defendant.**

## DEFENDANT NATIONSTAR MORTGAGE, LLC'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Nationstar Mortgage, LLC, by counsel, submits this Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the *Federal Rules of Civil Procedures* against the Amended Class Action Complaint filed by Plaintiff Marlene Dennis on the grounds that Plaintiff's Amended Class Action Complaint fails to state a claim for which relief can be granted. For the reasons set forth in the accompanying memorandum of law, Plaintiff's Amended Class Action Complaint, and all claims therein, must be dismissed with prejudice.

WHEREFORE, Defendant Nationstar Mortgage, LLC, respectfully requests that the Court grant its Motion for Judgment on the Pleadings and enter an Order dismissing Plaintiff's claims with prejudice, and grant Defendant any further legal or equitable relief as the Court deems appropriate.

Dated: April 15, 2013                        Respectfully submitted,

                                                  **NATIONSTAR MORTGAGE LLC**

                                                  By:    /s/ Jason E. Manning
                                                          Of Counsel

John C. Lynch (VSB # 39267)
Jason E. Manning (VSB # 74306)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2013, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/EC participants:

**Counsel for Plaintiff Marlene Dennis**
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb Street
Petersburg, VA 23803-3212
E-mail: dale@pittmanlawoffice.com

Kristi C. Kelly
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
E-mail: kkelly@siplfirm.com

Leonard A. Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Suite 101
Newport News, Virginia 23606
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
E-mail: matt@clalegal.com

    /s/ Jason E. Manning
John C. Lynch (VSB # 39267)
Jason E. Manning (VSB # 74306)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com