**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**MARLENE DENNIS, on behalf of**
**herself and all others similarly situated,**

     **Plaintiff,**

    v.                        Civil Action No. 3:12cv616 (JAG)

**NATIONSTAR MORTGAGE, LLC,**

     **Defendant.**

**DEFENDANT NATIONSTAR MORTGAGE, LLC'S**
**REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS**

Nationstar Mortgage LLC's Motion for Judgment on the Pleadings is not moot because Plaintiff's Motion for Leave to File Second Amended Complaint ("Motion for Leave") should not be granted for the reasons explained in Nationstar's Opposition to Plaintiff's Motion for Leave that will be filed within the time frame permitted by the Federal Rules of Civil Procedure and Local Rules of this Court.

Dated: May 2, 2013                             Respectfully submitted,

                                                   **NATIONSTAR MORTGAGE LLC**

                                                   By:   /s/ Jason E. Manning
                                                             Of Counsel

John C. Lynch (VSB # 39267)
Jason E. Manning (VSB # 74306)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2013, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/EC participants:

**Counsel for Plaintiff Marlene Dennis**
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb Street
Petersburg, VA 23803-3212
E-mail: dale@pittmanlawoffice.com

Kristi C. Kelly
Surovell, Isaacs, Petersen & Levy, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
E-mail: kkelly@siplfirm.com

Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
763 J Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
E-mail: matt@clalegal.com

/s/ Jason E. Manning
John C. Lynch (VSB # 39267)
Jason E. Manning (VSB # 74306)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

20471518v1