IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARLENE DENNIS, on behalf of**
**herself and all others similarly situated,**

      **Plaintiff,**

      v.                                       Civil Action No. 3:12cv616 (JAG)

**NATIONSTAR MORTGAGE, LLC,**

      **Defendant.**

## CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITIONS TO DEFENDANT'S MOTION TO STRIKE CLASS ALLEGATIONS AND MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff, MARLENE DENNIS, by counsel, moves for entry of an order for a fourth and final extension of time to file her Oppositions to Defendant Nationstar Mortgage, LLC's ("Nationstar") Motion to Strike the Class Allegations and Motion for Judgment on the Pleadings until Friday, June 14, 2013. At this time, if the matter has not resolved, Plaintiff intends to withdraw her class allegations and intends to pursue this matter on an individual basis. Defendant consents to this extension by agreement and requests until June 24, 2013 to file its Opposition to Plaintiff's Motion to Compel and for Sanctions under Fed. R. Civ. P. 37(c)(1). The parties have been diligently working together in an effort to achieve a full and final resolution to Ms. Dennis' claims. Weeks ago Plaintiff submitted a settlement offer to which Defendant's counsel was responsive, but has been waiting for the proper party at the Defendant corporation to obtain the necessary approval of a full and final settlement of this matter. If the case is not resolved by next Friday, June 14, 2013, then the Plaintiff will be prepared to file her Oppositions

on that date and will not seek any additional extensions of time. The Parties appreciate the Court's patience and assure the Court that the extensions are not for any dilatory purpose.

WHEREFORE, the Plaintiff requests that this Consent Motion for Extension of Time be granted and that Plaintiff be permitted to file her oppositions to Nationstar's Motion to Strike the Class Allegations and Motion for Judgment on the Pleadings on or before Friday, June 14, 2013. In addition, the parties request that the Defendant have until June 24, 2013 to file its Opposition to Plaintiff's Motion to Compel and for Sanctions under Fed. R. Civ. P. 37(c)(1).

Dated: June 7, 2013                                                                 Respectfully Submitted,

**MARLENE DENNIS**


_____/s/_____
By: Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsímile
kkelly@siplfirm.com

Dale W. Pittman, VSB#15673
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
(804) 861-6000
(804) 861-3368 (Fax)
dale@pittmanlawoffice.com

Leonard A. Bennett, VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
 (757) 930-3660
(757) 930-3662 Facsimile

Matthew J. Erausquin, VSB #65434
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
(703) 273-7770
(888) 892-3512 Facsimile

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the _7th_ day of June, 2013, I electronically filed the foregoing documents with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

John C. Lynch (VSB # 39267)
Jason E. Manning (VSB # 74306)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Counsel for Nationstar Mortgage, LLC

_____/s/_____
Kristi Cahoon Kelly, Esq., VSB #72791
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
(703) 277-9774
(703) 591-9285 Facsimile
kkelly@siplfirm.com